UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------x
COVENANT HEALTH SYSTEM, formerly d/b/a  :
ST. MARY OF THE PLAINS HOSPITAL          :
AND METHODIST HOSPITAL                    :
3615 19th Street                                       :
Lubbock, Texas 79410                              :          No.[          ]
                                                               :
          Plaintiff,                                    :
                                                               :
     v.                                                    :
                                                               :
MICHAEL O. LEAVITT,                             :
Secretary of the United States Department :
of Health and Human Services                 :
200 Independence Avenue, S.W.              :
Washington DC 20201                             :
                                                               :
          Defendant                                   :
------------------------------------------------------------x

**DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, in order to enable the Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Covenant Health System in the above-captioned action certifies that the plaintiff Covenant Health System is a member of St. Joseph Health System (Orange, CA) and that there are no parents, trusts, subsidiaries, or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: _____
George B. Breen (D.C. Bar # 428665)
Robert E. Wanerman (D.C. Bar # 456895)
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington D.C. 20037-1175
202-861-1823
202-861-1885

Counsel for Covenant Health System

Date: May 12, 2008