AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Covenant Health System, formerly d/b/a St. Mary of the Plains Hospital and Methodist Hospital

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt

CASE

Case: 1:08-cv-00828
Assigned To : Friedman, Paul L.
Assign. Date : 5/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael O. Leavitt
Secretary of the United States
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George B. Breen
Robert E. Wanerman
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    MAY 13 2008

CLERK                                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5/19/08 |
| NAME OF SERVER (PRINT) Swalitha Richardson | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed to Michael O. Leavitt, Secretary of the United States Dept. of Health & Human Services, 200 Independence Avenue, SW, Washington, DC 20201 via Certified and Registered Mail through USPS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $5.32 | $5.32 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/27/08
           Date

*Signature of Server*

Epstein Becker & Green, PC
1227 25th Street, NW 7th floor
Washington, DC  20037-1156

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Lawrence   C. Date of Delivery: 5-19-08 |
| 1. Article Addressed to:<br>Michael O. Leavitt<br>Secretary of the United States<br>Dept. of Health & Human Servs.<br>200 Independence Avenue, S.W.<br>Washington, DC  20201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0000 9464 4076 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |