UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVENANT HEALTH SYSTEM, d/b/a ST. MARY OF THE PLAINS HOSPITAL AND METHODIST HOSPITAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>　　　　Defendant. | Civ. Action No. 08-0828 (PLF) |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

　/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372