UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVENANT HEALTH SYSTEM, d/b/a ) <br> ST. MARY OF THE PLAINS HOSPITAL ) <br> AND METHODIST HOSPITAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health and Human Services, ) <br> ) <br> Defendant. ) | Civ. Action No. 08-0828 (PLF) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record, which contains two volumes, exceeds 500 pages and thus, in accordance with the Court's ECF rules, has been filed and served in hard copy.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing copy of Defendant's Notice of Filing of Administrative Record, with attached Administrative Record, has been sent by Federal Express, this 4th day of August, 2008, addressed to:

George Bradley Breen
EPSTEIN BECKER & GREEN
1227 25th Street, NW
Suite 700
Washington, DC 20037-1175
(202) 861-1823

/s/
Christopher B. Harwood